UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAREN CRAWLEY,

       Plaintiff,      Index #07CV11429
                 (RJH)(FM)
 -against-
                 **RULE 7.1(a) DISCLOSURE**
THE LONG ISLAND RAILROAD COMPANY,

       Defendant.
------------------------------------------------------------X

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant states that Defendant is a New York State public benefit corporation organized under the laws of the State of New York. Defendant is a subsidiary of the Metropolitan Transportation Authority ("MTA"). Other subsidiaries of the MTA are MTA Metro-North Commuter Railroad, MTA New York City Transit, MTA Long Island Bus, and MTA Bridges and Tunnels.

Dated: Jamaica, New York
    January 28, 2008

                         _____
                         Sean P. Constable (SC3472)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAREN CRAWLEY,

                            Plaintiff,                        Index #07CV11429
                                                                (RJH)(FM)

    -against-

                                                                **ANSWER**

THE LONG ISLAND RAILROAD COMPANY,

                            Defendant.
------------------------------------------------------------X

**S I R S:**

    Defendant, The Long Island Rail Road Company ("LIRR") sued herein as Long Island Railroad Company, by its attorney, MARK D. HOFFER, ESQ., answering the complaint of plaintiff, alleges upon information and belief:

    1.    Denies the allegations contained in paragraphs "1", and "6" but refers all questions of law to the Court for its determination.

    2.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "5" but admits that on January 25, 2007 plaintiff was employed by the defendant.

    3.    Denies the allegations contained in paragraphs "7", "8", "9" and "10".

<u>AS AND FOR A FIRST AFFIRMATIVE DEFENSE</u>

    4.    Whatever injuries and/or damages plaintiff may have sustained at the time and place alleged in the Complaint were caused in whole or in part or were contributed to by the culpable conduct and negligence or fault or want of care on the part of the plaintiff, including contributory negligence and without any negligence or fault or want of care on the part of this

answering defendant, LIRR.

5.   Plaintiff has failed to mitigate his damages.

WHEREFORE, defendant demands judgment of the court dismissing the plaintiff's complaint in its entirety, plus the costs and disbursements of this action.


Dated:      Jamaica, NY
            January 28, 2008

                                    *MARK D. HOFFER, ESQ.*
                                    *Vice President/General Counsel & Secretary*
                                    Attorney for Defendant

                                    By: _____
                                      **Sean P. Constable (SC3472)**
                                    LIRR Law Department - 1143
                                    Jamaica Station
                                    Jamaica, New York  11435-4380
                                    (718) 558-7760
                                    (File No. JN-6377/L07001259)


TO:   **SABLE & GOLD**
      Attorneys for Plaintiff
      450 Seventh Avenue, Suite 1608
      New York, NY 10123
      212-244-2740