**MEMO ENDORSED**

LAW OFFICES
## SABLE & GOLD
A PROFESSIONAL CORPORATION
(212) 244-2740

JESSE C. SABLE, P.C.
FREDRIC M. GOLD

THERESA MAHLSTADT

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVENUE
NEW YORK, N.Y. 10123
FAX (212) 244-2258

EDWIN CAMACHO
L. KEVIN SHERIDAN
OF COUNSEL

June 5, 2008

Honorable Magistrate Judge Frank Maas
U.S. District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

APPLICATION GRANTED
SO ORDERED

*The settlement conference will be 4/4/08 at 10 AM.*

_____
Frank Maas, USMJ

Re: Crawley v. The LIRR
07 Civ 11429 (FM)

Dear Judge Maas:

As your docket will reflect, discovery was to have been completed and a settlement conference has been scheduled for Friday June 13, 2008.

Although a substantial portion of the discovery has been completed, there is remaining discovery which needs to be completed. Further, it is necessary that this discovery be completed before the parties could enter into meaningful settlement negotiations.

In light of the above, the parties have conferred and hereby are requesting that discovery be extended for sixty (60) days (in light of the summer months) and that the settlement conference be adjourned to a date convenient to the Court after August 22, 2008.

There have been no prior requests for the relief requested and this request is made by all parties herein.

Wherefore the parties request an extension of time to complete discovery and an adjournment of the scheduled settlement conference.

Respectfully,

FREDRIC M. GOLD
cc: Sean Constable, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08