# MEMO ENDORSED

LAW OFFICES
## SABLE & GOLD
A PROFESSIONAL CORPORATION
(212) 244-2740

**MEMO ENDORSED**

JESSE C. SABLE, P.C.
FREDRIC M. GOLD

THERESA MAHLSTADT

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVENUE
NEW YORK, N.Y. 10123
FAX (212) 244-2258

EDWIN CAMACHO
L. KEVIN SHERIDAN
OF COUNSEL

August 28, 2008

Hon. Frank Maas, USMJ
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED Adjourned to 10/2/08 at 2 pm.

_/s/ Frank Maas_
Frank Maas, USMJ 9/2/08

Re: Crawley v. LIRR
07 CV 11429

Dear Judge Maas:

As your docket will indicate the above reference matter is scheduled for a Settlement Conference on September 4, 2008.

Due to summer vacation scheduling and the birth of a child to defense counsel, the parties have not yet completed the discovery which would enable them to discuss settlement fruitfully.

In light of the above, it is respectfully requested that the Settlement Conference be adjourned for 30 days to a date and time convenient to the Court and parties.

There has been one prior request for this relief which was granted and, of course, defense counsel joins in this request.

Your consideration of this request is most appreciated by the parties.

Very truly yours,

Fredric M. Gold

FMG/Th

cc: Sean P. Constable, Esq.
LIRR Law Department

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08